UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jermaine J. Dunlap,  )
 )
Plaintiff,  )
 )
v.  )  Civil Action No. 14-1699 (UNA)
 )
Superior Court  )
of the City of San Bernardino *et al.*,  )
 )
Defendants.  )

MEMORANDUM OPINION

Plaintiff is a California state prisoner who has submitted yet another document comprised of incoherent statements and inexplicable attachments. "Similar to the plaintiff's prior actions, this action is difficult to comprehend." *Dunlap v. Dep't of Review Board*, No. 14-0145, 2014 WL 414156 (D.D.C. Jan. 30, 2014), citing *Dunlap v. Board of Prison Hearings*, No. 1:08-cv-1770, 2009 WL 1759651, at *3 (E.D. Cal. Jun. 22, 2009) (dismissing amended habeas petition presenting "the same incomprehensible allegations [stated] on three separate [prior] occasions"). The document initiating this action presents no discernible facts to state a claim. Hence, this case will be dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted. *See Dunlap*, 2014 WL 414156 (same). A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: December 12, 2014